IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv34

| | |
|---|---|
| VALLEY TRUCK SERVICES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) ORDER |
| TEXTRON, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

Pending before the Court is the Unopposed Motion to Seal [# 44]. Defendant Micromatic LLC moves for leave to file unredacted copies of the Response Disclosing Names and Citizenships of All Constituent Members of Micromatic LLC and the supporting Declaration of John V. Carretta under seal. Plaintiffs consent to filing the documents under seal. Upon a review of the motion, the relevant legal authority, and the record, the Court **GRANTS** the motion [# 44]. Defendant Micromatic LLC may file documents at issue under seal, and the documents shall remain under seal until further Order of this Court.

Signed: May 20, 2014

Dennis L. Howell
United States Magistrate Judge