IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv34

| | | |
|---|---|---|
| VALLEY TRUCK SERVICE, INC., REBECCA HARRIS, and KEITH HARRIS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | ORDER |
| TEXTRON, INC., et al., | ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion for Judgment on the Pleadings [# 26]. On June 23, 2014, Plaintiffs filed their Amended Complaint. The filing of an amended complaint supersedes the original complaint and renders it void of any legal function in the case. Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion for Judgment on the Pleadings [# 26].

.

Signed: June 25, 2014

Dennis L. Howell
United States Magistrate Judge

1