IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv34

| | |
|---|---|
| VALLEY TRUCK SERVICE, INC., REBECCA HARRIS, and KEITH HARRIS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| TEXTRON, INC., et al., | ) ) ) |
| Defendants. | ) ) |

Pending before the Court is the Joint Motion for Extension of Time to File Notice of Dismissal [# 68]. Upon a review of the motion and the record in this case, and for good cause shown, the Court **GRANTS** the motion [# 68]. The parties shall have until November 5, 2014, to file a stipulation of voluntary dismissal in this case. The Court also **DENIES without prejudice** the Motion for Judgment on the Pleadings [# 58]. If the parties fail to finalize the settlement of this dispute, Defendants may renew their Motion for Judgment on the Pleadings.

Signed: October 13, 2014

Dennis L. Howell
United States Magistrate Judge

1